UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CANALES, SUSAN BILBO CANALES,<br><br>            Plaintiffs,<br><br>      vs.<br><br>UNITED AIRLINES, INC., DOES 1 THROUGH 20, INCLUSIVE<br><br>            Defendants. | Case No.: 2:22-cv-00042-WBS-DB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to the Stipulation between the parties, Defendant United Airlines, Inc. (hereinafter, "United") and Plaintiffs Edward Canales and Susan Bilbo Canales (hereinafter, "Plaintiffs") and good cause appearing, the time for United to file a responsive pleading to the Complaint is hereby extended through March 24, 2022.

IT IS SO ORDERED.

Dated:  February 22, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO.: 2:22-CV-00042-WBS-DB