Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
Jacqueline D. DeWarr (State Bar No. 207265)
Email: jdewarr@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CANALES, SUSAN BILBO CANALES,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED AIRLINES, INC., DOES 1 THROUGH 20, INCLUSIVE<br><br>　　　　Defendants. | Case No.: 2:22-cv-00042-WBS-DB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Pursuant to the Stipulation between the parties, Defendant United Airlines, Inc. (hereinafter, "United") and Plaintiffs Edward Canales and Susan Bilbo Canales (hereinafter, "Plaintiffs") and good cause appearing, the time for United to file a responsive pleading to the First Amended Complaint is hereby extended through April 21, 2022.

　　IT IS SO ORDERED.

Dated:  March 28, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE