Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
Jacqueline D. DeWarr (State Bar No. 207265)
Email: jdewarr@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendant
UNITED AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CANALES, SUSAN BILBO CANALES, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED AIRLINES, INC., DOES 1 THROUGH 20, INCLUSIVE <br><br> Defendants. | Case No.: 2:22-cv-00042-WBS-DB <br><br> **ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

Pursuant to the Stipulation between the parties, Defendant United Airlines, Inc. (hereinafter, "United") and Plaintiffs Edward Canales and Susan Bilbo Canales (hereinafter, "Plaintiffs") and good cause appearing, the scheduling conference on May 9, 2022 is hereby continued to August 15, 2022 at 1:30 p.m., with the joint status report due on August 1, 2022.

IT IS SO ORDERED.

Dated: April 29, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4849

ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE
CASE NO.: 2:22-cv-00042-WBS-DB

- 2 -