Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
Jacqueline D. DeWarr (State Bar No. 207265)
Email: jdewarr@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendant
UNITED AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CANALES, SUSAN BILBO CANALES, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED AIRLINES, INC., DOES 1 THROUGH 20, INCLUSIVE, <br><br>Defendants. | Case No.: 2:22-cv-00042-WBS-DB <br><br>**ORDER GRANTING JOINT REQUEST TO AMEND PRETRIAL SCHEDULING ORDER** |

Pursuant to the joint request by the parties, Defendant United Airlines, Inc. (hereinafter, "United") and Plaintiffs Edward Canales and Susan Bilbo Canales (hereinafter, "Plaintiffs") and good cause appearing, the Court's December 22, 2022 Pretrial Scheduling Order, (Dkt 18) is hereby amended as follows:

/ /

/ /

/ /

/ /

/ /

/ /

| Event | Current Date | New Date |
|---|---|---|
| Initial Expert Disclosures | 4/7/23 | 8/31/2023 |
| Rebuttal Expert Disclosures | 5/8/23 | 9/29/2023 |
| Discovery completion deadline | 6/12/23 | 10/31/2023 |
| Motion filing deadline | 7/31/23 | 11/21/2023 |
| Final Pretrial Conference | 9/25/23 | 1/29/2024 at 1:30 p.m. |
| Jury Trial | 11/14/23 | 3/19/2024 at 9:00 a.m. |

IT IS SO ORDERED.

Dated:  March 29, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT REQUEST TO
AMEND PRETRIAL SCHEDULING ORDER                -2-
CASE NO.: 2:22-cv-00042-WBS-DB